THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHARLES LOVERDE, Respondent.— Appeal dismissed on the ground that the appellant does not have the right to appeal. (Conservation Law, §§ 682, 683; Code Crim. Proc. §§ 518–520; *People v. La Barbera*, 274 N. Y. 339; *People v. Wolf*, 247 id. 189; *People v. Reed*, 276 id. 5.) All concur. (The order affirms a judgment of the Niagara Falls Police Court which dismisses the information filed against the defendant for the failure to pay a parking fee at the State Reservation of Niagara.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ

LAURENCE R. WILBER, JR., an Infant, by LAURENCE R. WILBER, His Guardian ad Litem, Respondent, v. ROBERT E. WOODRUFF and JOHN A. HADDEN, as Trustees of the ERIE RAILROAD COMPANY, Bankrupt, Appellants.— Judgment and order affirmed, with costs. All concur.. (The judgment is for plaintiff in an action to recover damages for personal injuries sustained by reason of having been negligently struck by defendants' locomotive while plaintiff was standing on a public sidewalk near a grade crossing. The order denies defendants' motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. H. M. VANDEMARK and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 15, 1928.)— Order modified on the law and facts, without costs, by inserting in the sixth line of the ordering portion thereof after the word " respondents " and before the words " set forth " the following: " In so far as they have knowledge of the facts or means of acquiring the same through possession or control of records and documents or otherwise." All concur. (The order directs defendants to make a further return to an amended writ of certiorari in a proceeding to review an assessment upon relator's property so as to comply with section 292 of the Tax Law.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. H. M. VANDEMARK and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 12, 1929.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vandemark* (ante, p. 946). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. HERBERT M. VANDEMARK and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 18, 1930.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vandemark* (ante, p. 946). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. HERBERT M. VANDEMARK and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. .(Order Re Writ of Certiorari Issued September 16, 1931.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vandemark* (ante, p. 946). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v, J. EDGAR VINCENT and Others, as Assessors of